# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DWIGHT C. HOPSON**
**ADC #148462**                                                                                    **PLAINTIFF**

v.                                    **1:12-cv-46-DPM-JJV**

**PRESTON GLENN, Sheriff, Pike
County; MELVIN NANCE, Dr., Grimes Unit, ADC;
WENDY KELLY, Deputy Director, ADC;
JOHN MAPLES, Warden, Grimes Unit, ADC;
BETTY HUTCHINSON, APN, Grimes Unit, ADC;
JOE PAGE, Warden, Grimes Unit; RAY LINDA
RAMSEY, Classification Officer, Grimes Unit; and
DOTTIE YARBROUGH, Regional Administrator,
Corizon Inc.**                                                                                    **DEFENDANTS**

## ORDER

Hopson has not objected to Magistrate Judge Joe J. Volpe's recommendation, *Document No. 12*, that the Court dismiss Hopson's claims against three defendants. On review for legal error and clear factual error, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee note), the Court adopts Judge Volpe's recommendation in full. Hopson's claims against Kelly, Maples, and Yarbrough are dismissed without prejudice.

So Ordered.

*DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 October 2012