IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DWIGHT C. HOPSON                                                                    PLAINTIFF

No. 1:12-cv-46-DPM-JJV

PRESTON GLENN; MELVIN
NANCE; BETTY HUTCHINSON;
JOE PAGE; and RAY LINDA RAMSEY                                      DEFENDANTS

ORDER

Hopson has not objected to Magistrate Judge Joe J. Volpe's recommendation, № 49, that defendants' motions for summary judgment be granted. Reviewing for legal error and clear factual error on the face of the record, FED. R. CIV. P. 72(b) (1983 addition to Advisory Committee Note), the Court adopts Judge Volpe's recommendation as its own opinion. The motions for summary judgment, № 35, 38 & 42, are granted. Hopson's claims against Hutchinson, Nance, Page, and Ramsey are dismissed without prejudice. His claims against Glenn are dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 August 2013